

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 5 2005 ★
BROOKLYN OFFICE

ELIOT SPITZER
Attorney General

(212) 416-6382

RICHARD RIFKIN
Deputy Attorney General
State Counsel Division

JAMES B. HENLY
Assistant Attorney General in Charge
Litigation Bureau

September 29, 2005

BY FACSIMILE TRANSMISSION

Honorable John Gleeson
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Granted.
So ordered
s/John Gleeson
USDJ
10-7-05

Re: Hirschfeld, et al., v. Carpinello, et al.
    Eastern District of New York CV-05-4310 (JG) (CLP)

Dear Judge Gleeson:

This office represents the defendants, Sharon Carpinello, Commissioner of the New York State Office of Mental Health ("OMH"), Martin Darcy, Acting Executive Director of Kingsboro Psychiatric Center ("KPC"), Mark Lerman, Clinical Director of KPC, Johanna Maiorano, Director of Risk Management at KPC, James McCummings, Chief of Service at KPC, Charles White, Chief of Service at KPC, Barbara Burroughs, Treatment Team Leader at KPC, Dennis Mahoney, Treatment Team Leader at KPC, Wilma Peterson, Treatment Team Leader at KPC and Tanya Riester, Treatment Team Leader at KPC in the above-referenced action.

We write at this time, after consulting with plaintiff's counsel, to request an extension of time to answer or move with respect to the complaint which was served earlier this month. Requests for representation were received late last week. Based upon the information we have regarding service, defendants' response to the complaint is currently due on October 6, 2005. We are requesting, and plaintiffs' counsel has consented, that defendants time to respond to the complaint be extended to November 10, 2005, if that is agreeable to the Court. No previous requests have been made regarding this complaint.

The extension is necessary to allow us to fully investigate the claims made by the multiple (11) patient

Hon. John Gleeson
September 29, 2005
Page -2-

plaintiffs and to consult with all our clients concerning the circumstances and issues raised by the complaint.

Respectfully submitted,

Mark D. Rosenzweig
Assistant Attorney General

cc: Christine E. Morton, Esq. (By Fax)